# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5300**                                    **September Term, 2013**

**1:11-cv-01564-BAH**

**Filed On: June 17, 2014** [1497940]

Safari Club International,

      Appellant

Terry Owen, et al.,

      Appellees

   v.

Sally Jewell, in her official capacity as
Secretary of the U.S. Department of the
Interior, et al.,

      Appellees

## O R D E R

Upon consideration of appellant's motion for continued stay of briefing, it is

**ORDERED** that the motion be granted, and this case be held in abeyance pending further order of the court.

Appellant is directed to file status reports at 90-day intervals beginning September 15, 2014.

The parties are directed to file motions to govern future proceedings in this case within 65 days of the disposition of No. 14cv357, <u>Friends of Animals v. Jewell</u>, by the United States District Court for the District of Columbia.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Mark A. Butler
Deputy Clerk