# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ) | |
| ) | |
| Appellant ) | No. 13-5300 |
| ) | |
| v. ) | |
| ) | |
| SALLY JEWELL, in her official capacity ) as Secretary of the U.S. Department of the ) Interior, *et al.*, ) | |
| ) | |
| Appellees ) | |

## STATUS REPORT BY APPELLANT SAFARI CLUB INTERNATIONAL

Plaintiff-Appellant Safari Club International ("Safari Club") files this status report in accordance with this Court's Order of June 17, 2014. Safari Club last filed a status report in this matter on September 15, 2014.

In this case, Safari Club appealed a ruling of the District Court for the District of Columbia that denied Safari Club's motion for summary judgment in a challenge to Federal Appellee Jewell *et al.'s* listing of captive populations of the scimitar-horned oryx, dama gazelle and addax ("three antelope species") as endangered species.

On January 17, 2014, and subsequent to Safari Club's filing of its appeal, Congress enacted the 2014 Consolidated Appropriations Act, Pub. L. No. 113-76

("2014 Appropriations Act"), which included Section 127, a provision directing the Secretary of the Interior to issue a regulation that removed the permit requirement for the "take," under the Endangered Species Act, of members of U.S. captive herds of the three antelope species. On March 19, 2014, the Secretary of the Interior published the required regulation in the Federal Register. "Endangered and Threatened Wildlife and Plants; Reinstatement of the Regulation That Excludes U.S. Captive-Bred Scimitar-Horned Oryx, Addax, and Dama Gazelle From Certain Prohibitions" ("Three Antelope Rule"), 79 Fed. Reg. 15250 (Mar. 19, 2014).

On March 5, 2014, Friends of Animals (an intervenor-appellee in this appeal) filed a lawsuit against the Secretary of the Interior and the U.S. Fish and Wildlife Service to challenge the constitutionality of Section 127 of the 2014 Appropriations Act. *Friends of Animals v. Jewell*, No. 14-cv-357. On April 11, 2014, Friends of Animals amended their Complaint to add a challenge to the Three Antelope Rule. The outcome of these challenges to Section 127 and the Three Antelope Rule will likely impact Safari Club's need to pursue this appeal, in particular if those plaintiffs prevail.

In response to a motion filed by Safari Club, this Court agreed to hold this appeal in abeyance, pending the outcome of the litigation in *Friends of Animals v.*

2

*Jewell*.  The Court directed Safari Club to file reports on the status of the *Friends of Animals v. Jewell* litigation at 90 day intervals.

The parties in *Friends of Animals v. Jewell* completed summary judgment briefing on November 11, 2014.  No ruling has been issued by the District Court and no date has been set for oral argument.

December 12, 2014

                              Respectfully submitted,

                              /s/Anna M. Seidman
                              Anna M. Seidman
                              Safari Club International
                              501 2nd Street NE
                              Washington, D.C.  20002
                              202-543-8733(tel)
                              202-543-1205(fax)
                              aseidman@safariclub.org

                              Counsel for Plaintiff-Appellant
                              Safari Club International